IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REVEREND WESLEY HOWELL, ADMINISTRATOR of the ESTATE of CHRISTOPHER RYAN HOWELL,<br><br>      Plaintiff,<br>vs.<br><br>JOHN WETZEL; KEVIN RANSOM; PAUL BACH; SEDESKI; SCI DALLAS CORRECTIONAL OFFICERS JOHN AND JANE DOE #'S 1-5; WELL PATH, LLC f/n/a CORRECT CARE SOLUTIONS, LLC; MHM SERVICES, INC. a/k/a MHM a/k/a MHM HEALTH PROFESSIONALS, LLC a/k/a MHM CORRECTIONAL SERVICES, LLC and parent company CENTURION HEALTH; ABC CORPORATION; NICOLE ASHTON; TEMEKA AUSTIN; CHARLES REED; HEALTH CARE PROVIDERS JANE/JOHN DOE #'S 1-10; and DR. SCOTT PRINCE,<br><br>      Defendants. | CIVIL DIVISION<br><br>3:22-cv-01255<br><br><br><br>FILED<br>SCRANTON<br><br>OCT 21 2022<br><br>PER _____ DEPUTY CLERK |

**ORDER OF COURT**

AND NOW, this 21st day of October, 2022, it is hereby ORDERED, ADJUDGED and DECREED that, pursuant to a Stipulation of Counsel, MHM Correctional Services, Inc., which has since converted to an LLC, substitutes "MHM Services, Inc. a/k/a MHM a/k/a MHM Health Professionals LLC a/k/a MHM Correctional Services, LLC, and parent company Centurion Health," as a party Defendant to this action without prejudice.

The caption of this matter and all pleadings shall be amended to reflect the substitution of the parties, as follows:

REVEREND WESLEY HOWELL, ADMINISTRATOR of the ESTATE of
CHRISTOPHER RYAN HOWELL,

Plaintiff,
vs.

JOHN WETZEL; KEVIN RANSOM; PAUL BACH; SEDESKI; SCI DALLAS
CORRECTIONAL OFFICERS JOHN AND JANE DOE #'S 1-5; WELL
PATH, LLC f/n/a CORRECT CARE SOLUTIONS, LLC; MHM
CORRECTIONAL SERVICES, Inc., which has since coverted to an LLC;
ABC CORPORATION; NICOLE ASHTON; TEMEKA AUSTIN; CHARLES
REED; HEALTH CARE PROVIDERS JANE/JOHN DOE #'S 1-10; and DR.
SCOTT PRINCE,

Defendants.

_____, J.