IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REVEREND WESLEY HOWELL, ADMINISTRATOR of the ESTATE of CHRISTOPHER RYAN HOWELL, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN. WETZEL; KEVIN RANSOM; PAUL BACH; SEDESKI; SCI DALLAS CORRECTIONAL OFFICERS JOHN AND JANE DOE #'S 1-5; WELL PATH, LLC f/n/a CORRECT CARE SOLUTIONS, LLC; MHM CORRECTIONAL SERVICES, Inc., which has since converted to an LLC; ABC CORPORATION; NICOLE ASHTON; TEMEKA AUSTIN; CHARLES REED; HEALTH CARE PROVIDERS JANE/JOHN DOE #'S 1-10; and DR. SCOTT PRINCE, <br><br> Defendants. | CIVIL DIVISION <br><br> 3:22-cv-01255 <br><br> FILED SCRANTON <br> MAY 10 2023 <br> PER_____ DEPUTY CLERK |

## ORDER OF COURT

AND NOW, this 10th day of May, 2023, it is hereby ORDERED, AJUDGED and DECREED that pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Stipulation regarding the same, that Paul Bach, PhD is DISMISSED as a party Defendant in this action. Dr. Bach has been dismissed voluntarily and his name has been removed from the case caption.

BY THE COURT:

_____ /J.