IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REVEREND WESLEY HOWELL, ADMINISTRATOR OF THE ESTATE OF CHRISTOPHER RYAN HOWELL,<br>　　　　　　　Plaintiff | : : : : : | No. 3:22cv1255<br><br>(Judge Munley) |
| v. | : | |
| CORRECTIONS SECRETARY JOHN WETZEL; SCI-DALLAS SUPERINTENDENT KEVIN RANSOM; SCI-DALLAS CORRECTIONAL OFFICER SEDESKI; SCI-DALLAS CORRECTIONAL OFFICERS JOHN AND JANE DOE'S 1-5; WELL PATH, LLC f/k/a CORRECT CARE SOLUTIONS, LLC; MHM CORRECTIONAL SERVICES, INC., a/k/a MHM a/k/a MHM HEALTH PROFESSIONALS LLC a/k/a MHM CORRECTIONAL SERVICES, LLC and parent company CENTURION HEALTH; ABC CORPORATION; HEALTH CARE PROVIDER NICOLE ASHTON; HEALTH CARE PROVIDER TEMEKA AUSTIN; HEALTH CARE PROVIDER CHARLES REED; HEALTH CARE PROVIDERS JANE/JOHN DOES # 1-10; AND DR. SCOTT PRINCE,<br>　　　　　　　Defendants | : : : : : : : : : : : : : : : : : : : : : | |

## ORDER

**AND NOW**, to wit, this 3rd day of June 2024, the motion for partial dismissal filed by Defendant MHM Services, Inc. a/k/a MHM a/k/a MHM Health Professionals LLC a/k/a MHM Correctional Services, LLC *and parent company Centurion Health*'s motion to dismiss (Doc. 15) is hereby **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court